IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER BUTTS**, et al., : | |
| : | |
| **Plaintiffs** : | |
| v. : | 3:12-CV-1330 |
| : | (JUDGE MARIANI) |
| **SOUTHWESTERN ENERGY** : | |
| **PRODUCTION CO.** : | |
| **Defendant.** : | |

## ORDER

**AND NOW, THIS 12TH DAY OF AUGUST 2014**, upon consideration of Defendant Schuylkill Heath System's Motion for Summary Judgment (Doc. 38), and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Summary Judgment (Doc. 38) is **DENIED**.

2. A telephone scheduling conference will be held on **FRIDAY, AUGUST 22, 2014 at 10:30 AM**. Plaintiffs' counsel is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge